UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LARRY JACOBSON, as Chairman of the
Joint Board of the Electrical Industry,          NOT FOR PUBLICATION

                 Plaintiff,          **ORDER**

         -against-          05-CV-137 (CBA)(CLP)

SURE ELECTRICAL CONTRACTING CORP. and
MICHAEL DISCENZA,

                Defendants.
----------------------------------------------------------------X
AMON, United States District Judge:

       This Court has received the report and recommendation ("R&R") of the Honorable Cheryl L. Pollak, United States Magistrate Judge, recommending that this Court grant plaintiff's motion for default judgment.

       Because no party objected to the report and recommendation, and because the Court agrees with Judge Pollack's well-reasoned recommendations, the Court hereby adopts the report and recommendation as the opinion of the Court.

         SO ORDERED.
Dated:        Brooklyn, New York
               April 27, 2006

                                                                  Carol Bagley Amon
                                                                  United States District Judge