FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 1 2006 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LARRY JACOBSON, as Chairman of the
Joint Board of the Electrical Industry,

JUDGMENT
05-CV- 0137 (CBA)

                Plaintiff,

-against-

SURE ELECTRICAL CONTRACTING CORP. and
MICHAEL DISCENZA,

                Defendants.
-----------------------------------------------------------------X

        An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on April 28, 2006, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated March 28, 2006; granting plaintiff's motion for a default judgment; and directing the Clerk of Court to enter judgment awarding plaintiff damages in the amount of $72,647.07 in delinquent contributions, $9,437.79 in interest, $9,437.79 in additional interest, and $1,769.97 in attorneys' fees and costs; it is

JUDGMENT
05-CV- 0137 (CBA)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; that plaintiff's motion for a default judgment is granted; and that judgment is hereby entered in favor of plaintiff, Larry Jacobson, as Chairman of the Joint Board of the Electrical Industry, and against defendants, Sure Electrical Contracting Corp. and Michael Discenza, awarding plaintiff damages in the amount of $72,647.07 in delinquent contributions, $9,437,79 in interest, $9,437.79 in additional interest, and $1,769.97 in attorneys' fees and costs.

Dated: Brooklyn, New York
April 28, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court